IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEP GROUP HOLDINGS, INC., <br><br> Plaintiff, <br><br> v. <br><br> VIGILANT INSURANCE COMPANY, <br><br> Defendant. | Case No. 2:21-cv-00589-CB <br><br> Honorable Judge Cathy Bissoon |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties, by and through their undersigned counsel, hereby jointly stipulate and agree to Plaintiff's voluntary dismissal of all its claims against Defendant Vigilant Insurance Company in the above-captioned matter, with prejudice. Each party will bear its own costs and fees, including all attorney's fees.

Respectfully submitted,

**Counsel for Plaintiff**

By: */s/ Douglas J. Simmons*
K&L Gates LLP
Carolyn M. Branthoover (Pa. ID 36580)
Douglas J. Simmons (Pa. ID 69401)
210 Sixth Ave.
Pittsburgh, PA 15222
T: 412-355-6500
carolyn.branthoover@klgates.com
douglas.simmons@klgates.com

**Counsel for Defendant**

By: */s/ David Newmann*
Hogan Lovells US LLP
David Newmann (Pa. ID 82401)
1735 Market Street, 23rd Floor
Philadelphia, PA 19103
T: 267-675-4600
david.newmann@hoganlovells.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Joint Stipulation of Dismissal with Prejudice has been filed electronically this 21st day of October, 2024. Notice of this filing will be sent to all parties by operation of the Court's ECF system. Parties may access this filing through the Court's system.

*/s/ Douglas J. Simmons*
Douglas J. Simmons